ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| RQ-URS, JV | ) ASBCA No. 62700 |
| | ) |
| Under Contract No. N69450-15-D-1624 | ) |

APPEARANCES FOR THE APPELLANT:    Jeffrey B. Baird, Esq.
    Cory P. DiBene, Esq.
     Finch, Thornton & Baird, LLP
     San Diego, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
     Navy Chief Trial Attorney
    Matthew D. Bordelon, Esq.
     Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $170,000.00. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: September 1, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62700, Appeal of RQ-URS, JV, rendered in conformance with the Board's Charter.

Dated: September 2, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals